ALBERT J. BORO, JR. (CA Bar #126657)
*ajboro@boro-law.com*
BORO LAW FIRM
345 Franklin Street
San Francisco, CA 94102
Telephone: (415) 621-2400
Facsimile: (415) 276-5870

Attorney for Defendant
KEVIN BAIRES-REYES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN BAIRES-REYES,<br><br>Defendant. | No. CR 15-0122-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO SET STATUS CONFERENCE AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

## STIPULATION OF THE PARTIES

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Northern District of California and Assistant United States Attorney Cynthia M. Frey, and defendant Kevin Baires-Reyes ("Mr. Baires-Reyes"), by and through his counsel of record Albert J. Boro, Jr., hereby stipulate as follows:

1. At a Status Conference held on December 23, 2016, the Court ordered Mr. Baires-Reyes to file his motion to suppress evidence by February 10, 2016, set a Motion Hearing/Further Status for March 16, 2016, and set a jury trial for June 6, 2016, and excluded time under the Speedy Trial Act to February 10, 2016 for effective preparation of counsel and pendency of the motion to be filed.

2. The parties have been discussing a possible resolution of the charges in this case, and on February 9, 2016, the parties notified the Courtroom Deputy for the Court that they believed that they had reached a resolution in this matter and requested to put the matter on calendar for a change of plea hearing.

3. On February 11, 2016, the Clerk provided notice to the parties through the ECF system that an Order was signed on February 9, 2016, appointing CJA counsel for co-defendant Jonathan Flores-Ayar for the limited purpose of representing Mr. Flores-Ayar in petitioning the Court for sentencing relief in light of *Johnson v. United States*, 135 S. Ct. 2551 (2015), and the Government and counsel for Mr. Baires-Reyes have discussed how this may affect the previously proposed resolution of the case for Mr. Baires-Reyes.

4. The parties have requested that this Court set a Status Conference for March 2, 2016, to review the status of the case and to set either a date for a change of plea hearing or a new briefing schedule and a date for a hearing on the motion to suppress.

5. The parties agree that the period of time from the Status Conference held on December 23, 2015, to the new Status Conference on March 2, 2016, should be excluded for purposes of time computations under the Speedy Trial Act as necessary to allow effective preparation of defendant's counsel to prepare a motion to suppress and other pretrial motions, to prepare the case for trial, and to continue discussions with the Government on a possible pretrial resolution of this case, and the continuance of this matter and the exclusion of this time period is appropriate for affording counsel for Mr. Baires-Reyes reasonable time necessary for effective preparation and to avoid a miscarriage of justice, and such continuance serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial.

IT IS SO STIPULATED:

Dated: February 19, 2016
BRIAN J. STRETCH
Acting United States Attorney

*/s/ Cynthia M. Frey*\*
CYNTHIA M. FREY
Assistant United States Attorney

Dated:  February 19, 2016            BORO LAW FIRM

                                     */s/ Albert J. Boro, Jr.*
                                     ALBERT J. BORO, JR.
                                     Attorney for Defendant
                                     KEVIN BAIRES-REYES

*Signed with permission.

## ~~[PROPOSED]~~ ORDER

FOR GOOD CAUSE SHOWN, the Court hereby sets this matter for a further Status Conference on March 2, 2016, at 2:30 p.m.  The Court finds that the Stipulation of the parties demonstrates facts that provide good cause for a finding that the time period from December 23, 2015, to and including March 2, 2016, is excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.  The Court further finds that the ends of justice are served by the continuance of this matter to March 2, 2016, and outweigh the best interest of the public and the defendant in a speedy trial, and that the failure to grant the continuance would be likely to result in a miscarriage of justice and would unreasonably deny counsel for the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The time period from December 23, 2015, to and including March 2, 2016, is excluded in computing time within which trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i) & (h)(7)(B)(iv).

Dated:  February 22, 2016            _____
                                     HONORABLE EDWARD M. CHEN
                                     UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2016, I electronically filed the attached document entitled, STIPULATION AND [PROPOSED] ORDER TO SET STATUS CONFERENCE AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT, with the Clerk of the Court using the Electronic Case Filing "ECF" system which will send notification of such filing via electronic mail to all counsel of record.

　　　　　　　　　　　　　　　__/s/ *Albert J. Boro, Jr.*____
　　　　　　　　　　　　　　　ALBERT J. BORO, JR.
　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　KEVIN BAIRES-REYES