ALBERT J. BORO, JR. (CA Bar #126657)
*ajboro@boro-law.com*
VIOLAINE C. BRUNET (CA Bar #305609)
*vbrunet@boro-law.com*
BORO LAW FIRM
345 Franklin Street
San Francisco, CA 94102
Telephone: (415) 621-2400
Facsimile: (415) 276-5870

Attorneys for Defendant
KEVIN BAIRES-REYES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN BAIRES-REYES,<br><br>Defendant. | No. CR 15-0122-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF DATES ON DEFENDANT'S MOTIONS** |

## STIPULATION OF THE PARTIES

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Northern District of California and Assistant United States Attorney Kevin Barry, and defendant Kevin Baires-Reyes ("Mr. Baires-Reyes"), by and through his counsel of record Albert J. Boro, Jr., hereby stipulate as follows:

1. In an Order dated April 13, 2016 (Dkt. 66), the Court set the following briefing schedule on pretrial motions to be filed by Mr. Baires-Reyes: defendant's Motion to Suppress Evidence and Motion to Dismiss Count Two of the Indictment, Charging a Violation of 18 U.S.C. § 924(c) to be filed on April 18, 2016; Government's Opposition to be filed on May 2, 2016;

defendant's Reply to be filed on May 9, 2016; and a hearing on the Motions to be held on May 25, 2016, at 2:30 p.m.

2. At the March 23, 2016 hearing in this case, the Court excluded time for purposes of time computations under the Speedy Trial Act from the March 23, 2016 Status Conference until May 25, 2016, for effective preparation of defendant's counsel and the pendency of pretrial motions to be filed in the case. (Order After Hearing, Dkt. 63.)

3. Defendant's counsel has been diligent in preparing the motions, and filed the Motion to Suppress Evidence (Dkt. 67, 68 & 69) and the Motion to Dismiss Count Two of the Indictment, Charging a Violation of 18 U.S.C. § 924(c) (Dkt. 70) on April 19, 2016, one day after the April 18 deadline. Both motions took defense counsel longer to prepare than anticipated. The Motion to Suppress Evidence raises several legal issues regarding the arrest of Mr. Baires-Reyes and search of the residence where he was a guest at the time, and the attorney declaration filed in support of the Motion includes police reports and an affidavit that required manual redaction of personally identifying information. The Motion to Dismiss Count Two of the Indictment, Charging a Violation of 18 U.S.C. § 924(c) raises several complicated legal issues on the unconstitutional vagueness of Section 924(c) and required an analysis of 25 years of Supreme Court and Court of Appeals precedence on interpretation of Section 924(c), as well as the Armed Career Criminal Act (Section 924(e)). The Motion to Suppress Evidence was filed in the early morning of April 19, 2016, and the Motion to Dismiss Count Two was filed later that day.

4. Accordingly, counsel for Mr. Baires-Reyes requests that the dates for briefing the defendant's motions be continued to the following days: defendant's Motion to Suppress Evidence and Motion to Dismiss Count Two filed by April 19, 2016; Government's Opposition to the Motions be filed by May 4, 2016, and defendant's Reply on the Motions to be filed on May 11, 2016. The parties believe that the Motion hearing date could remain on Wednesday, May 25, 2016.

5. The Government does not oppose this extension request.

STIPULATION AND [PROPOSED] ORDER
FOR EXTENSION OF DATES ON DEFENDANT'S MOTIONS

2

IT IS SO STIPULATED:

Dated:  April 21, 2016    BRIAN J. STRETCH
                          Acting United States Attorney

                          */s/ Kevin Barry*\*
                          KEVIN BARRY
                          Assistant United States Attorney

Dated:  April 21, 2016    BORO LAW FIRM

                          */s/ Albert J. Boro, Jr.*
                          ALBERT J. BORO, JR.
                          Attorneys for Defendant
                          KEVIN BAIRES-REYES

\*Signed with permission.

# [PROPOSED] ORDER

FOR GOOD CAUSE SHOWN, the Court hereby extends the date for defendant Kevin Baires-Reyes to file his Motion to Suppress Evidence (Dkt. 67, 68 & 69) and Motion to Dismiss Count Two of the Indictment, Charging a Violation of 18 U.S.C. § 924(c) (Dkt. 70), to April 19, 2016; the Government's Opposition to the Motions is due May 4, 2016, and the Reply to the Motions is due May 11, 2016.  The hearing on the Motions remains on calendar for May 25, 2016, at 2:30 p.m.

Dated:  April 22, 2016

                          _____
                          HONORABLE EDWARD M. CHEN
                          UNITED STATES DISTRICT JUDGE

                          IT IS SO ORDERED
                          Judge Edward M. Chen

STIPULATION AND [PROPOSED] ORDER
FOR EXTENSION OF DATES ON DEFENDANT'S MOTIONS                                    3

# CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2016, I electronically filed the attached document entitled, STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF DATES ON DEFENDANT'S MOTIONS, with the Clerk of the Court using the Electronic Case Filing "ECF" system which will send notification of such filing via electronic mail to all counsel of record.

          /s/ *Albert J. Boro, Jr.*
ALBERT J. BORO, JR.
Attorneys for Defendant
KEVIN BAIRES-REYES