UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>KEVIN BAIRES-REYES,<br><br>   Defendant. | Case No. 15-cr-00122-EMC<br><br>**VERDICT FORM** |

We, the Jury in the above-entitled case, unanimously find defendant Kevin Baires-Reyes as follows:

## COUNT ONE

1. Has the government proven the defendant, Kevin Baires-Reyes, guilty beyond a reasonable doubt of conspiring to commit robbery affecting interstate commerce, as charged in Count One?

YES, GUILTY                                         NO, NOT GUILTY ✓
_____                    _____

## COUNT TWO

2. Has the government proven the defendant, Kevin Baires-Reyes, guilty beyond a reasonable doubt of robbery affecting interstate commerce of the Quick Pick Market on or about January 20, 2015, as charged in Count Two?

YES, GUILTY ✓                                      NO, NOT GUILTY
_____                    _____

## COUNT THREE

3. Has the government proven the defendant, Kevin Baires-Reyes, guilty beyond a reasonable doubt of aiding and abetting the use or possession of a firearm during or in furtherance of Count Two, robbery affecting interstate commerce, as charged in Count Three?

YES, GUILTY ✓          NO, NOT GUILTY

_____✓_____       _____

4. If you have found the defendant, Kevin Baires-Reyes, not guilty of Count Three, please do not answer the following question. If you have found the defendant, Kevin Baires-Reyes, guilty of Count Three, please answer the following question:

Has the government proven the defendant, Kevin Baires-Reyes, guilty beyond a reasonable doubt of aiding and abetting the brandishing of a firearm during or in furtherance of a robbery affecting interstate commerce, as charged in Count Three?

YES, GUILTY ✓          NO, NOT GUILTY

_____✓_____       _____

DATED: 4 Aug 2016          [signature]
                            JURY FOREPERSON